Moses BIGGS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent

No. ED 101707

Missouri Court of Appeals,
Eastern District, ·
*DIVISION TWO.*

Filed: March 10, 2015

Amanda Page Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Movant/Appellant.

Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, For Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## *ORDER*

PER CURIAM.

Moses Biggs appeals from the motion court's Findings of Fact, Conclusions of Law and Judgment denying, without an evidentiary hearing, his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We

---

1. All rule references are to Mo. R. Crim. P. 2013, unless otherwise indicated.

affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

clearly erroneous. Rule 29.15(k); *Burston v. State,* 343 S.W.3d 691, 693 (Mo.App.E.D. 2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo. R. Crim. P. 2011, unless otherwise indicated.